# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>TIMOTHY W MACE<br>GOLDIE M MACE<br>1273 WINESAP DR<br>COLUMBUS, OH  43204 | Case No:   06-50640<br><br>Judge:   CHARLES M. CALDWELL |

SSN(S):   XXX-XX-6667
          XXX-XX-1277

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 15, 2010          /s/ Frank M. Pees
                                Frank M. Pees
                                Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| GENERAL MEDICAL CONSULTANTS<br>PO BOX 74311<br>CLEVELAND, OH  441940002 | 3.60 |